DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

26 JANUARY 2017

| 088P15-5 | Mason White Hyde v. Katie Poole | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **12/12/2016** **Ervin, J., recused** |
|---|---|---|---|
| 123P16 | State of North Carolina, *ex rel.* William G. Ross, Secretary, North Carolina Department of Environmental and Natural Resources, Division of Waste Management v. Jay Carter, a/k/a William Joseph Carter, a/k/a William Joseph Carter, IV, a/k/a William Joseph Carter, Sr. | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-629)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 201P16-2 | State v. Timothy Wiley, Jr. | Def's *Pro Se* Motion for PDR (COA06-451) | Dismissed |
| 252A16 | Michael Krawiec, Jennifer Krawiec, and Happy Dance, Inc./CMT Dance, Inc. (d/b/a Fred Astaire Franchised Dance Studios) v. Jim Manly, Monette Manly, Metropolitan Ballroom, LLC, Ranko Bogosavac, and Darinka Divljak | Defs' Motion to Appear on Behalf of All Defendants | Allowed |
| 254P16 | Dawn Weideman v. Erin Atalie Shelton v. Annette Wise, Intervenor | Intervenor's PDR Under N.C.G.S. § 7A-31 (COA15-772) | Denied |
| 260P16-2 | Archie David Powell, Jr. v. State of NC | 1. Plt's *Pro Se* Motion for PDR<br><br>2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |